FILED

09/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0547



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23 - 0547

SHAWN MCCULLEY,

      Petitioner,

v.

STATE OF MONTANA,

      Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

      Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

      DATED: September 20, 2023.

BOWEN GREENWOOD
Clerk of the Supreme Court